66 A.3d 1268

IN THE MATTER OF ERIC S. LENTZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 00242976).

June 6, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–338, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ERIC S. LENTZ** of **SHORT HILLS**, who was admitted to the bar of this State in 1976, and who has been temporarily suspended from the practice of law since December 31, 2010, should be censured for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ERIC S. LENTZ** is hereby censured; and it is further

ORDERED that the temporary suspension of respondent, entered by Order of this Court filed December 31, 2010, shall continue pending the further Order of the Court; and it is further

ORDERED that respondent shall continue to be restrained and enjoined from practicing law during the period of his suspension, and he shall comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.